UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| JESSE IAN RAINES, | Case No. 3:24-cv-00033-MMD-CLB |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| THE UNITED STATES OF AMERICA, *et al.*, | |
| Defendants. | |

*Pro se* Plaintiff Jesse Ian Raines brings this action under 42 U.S.C. § 1983. Before the Court is the Report and Recommendation ("R&R") of United States Magistrate Judge Carla L. Baldwin (ECF No. 3), recommending that the Court grant Plaintiff's application to proceed *in forma pauperis* ("IFP") and dismiss his complaint (ECF No. 1-1) with prejudice. Raines had until February 6, 2024 to file an objection. To date, no objection to the R&R has been filed. For this reason, and as explained below, the Court adopts the R&R in full and dismisses the complaint.

Because there is no objection, the Court need not conduct de novo review and is satisfied Judge Baldwin did not clearly err. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1116 (9th Cir. 2003) ("De novo review of the magistrate judges' findings and recommendations is required if, but *only* if, one or both parties file objections to the findings and recommendations.") (emphasis in original). Here, Judge Baldwin recommends granting the IFP application because Plaintiff has demonstrated that he is unable to pay the filing fee. (ECF No. 3 at 2.) Judge Baldwin recommends dismissing the complaint with prejudice because Plaintiff's largely incomprehensible complaint makes it impossible for the Court to identify the factual or legal basis for his claims, and the deficiencies in his complaint cannot be cured by amendment. (*Id.* at 4.) The Court agrees

with Judge Baldwin. Having reviewed the R&R and the record in this case, the Court will adopt the R&R in full.

It is therefore ordered that Judge Baldwin's Report and Recommendation (ECF No. 3) is adopted in full.

It is further ordered that Plaintiff's application to proceed *in forma pauperis* (ECF No. 1) is granted.

The Clerk of Court is directed to file the complaint (ECF No. 1-1).

It is further ordered that the complaint (ECF No. 1-1) is dismissed with prejudice.

The Clerk of Court is further directed to enter judgment accordingly and close this case.

DATED THIS 12th Day of February 2024.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE